IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3033 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| GERARDO SANTANA, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of defense counsel,

IT IS ORDERED that the defendant's sentencing is rescheduled (from May 22, 2007) to Thursday, May 10, 2007, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and U.S. Courthouse, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

May 3, 2007.			BY THE COURT:

				s/ *Richard G. Kopf*
				United States District Judge